# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

MICHAEL JOHNSON                                     Case No. 10-00329
                                                    CHAPTER 7

                    Debtor(s)

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. Section 347, the undersigned trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. Section 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| D.C. Water and Sewer Authority<br>Customer Service Department<br>810 First Street NE<br>11th Floor<br>Washington, DC 20002 | $671.08 |
| Michael Johnson<br>1619 Isherwood Street, NE<br>Washington, DC 20002 | $226.58 |

Date: 3/3/2011                          /s/ Marc E. Albert
                                        Marc E. Albert, Trustee
                                        1150 18th Street, NW
                                        Suite 800
                                        Washington, DC 20036